**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-11-309 |
| | § § § | |
| JAVIER MARTINEZ-HERNANDEZ | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 22). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | October 17 , 2011 |
| Responses are to be filed by: | October 27, 2011 |
| Pretrial conference is reset to**:** | **November 14, 2011 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **November 21, 2011 at 9:00 a.m.** |

SIGNED on September 30, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge